# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| OVERSEAS HARDWOODS COMPANY, INC., <br> Plaintiff, <br><br> v. <br><br> HOGAN ARCHITECTURAL WOOD PRODUCTS, LLC, a/k/a HOGAN ARCHITECTURAL HARDWOODS LLC; M. DAVID HOGAN; BRENT UPSHAW; and BLAKE OGILVIE, <br> Defendants. | ) ) ) ) ) CIVIL ACTION NO. 19-00191-N ) ) ) ) ) ) ) |

## JUDGMENT

This action was tried by Magistrate Judge Katherine P. Nelson with consent of the parties, without a jury, and the following decision was reached. In accordance with the Order entered this date, it is **ADJUDGED** and **DECREED** that Plaintiff Overseas Hardwood Company, Inc. shall recover from the Defendants Brent Upshaw and Blake Ogilvie jointly and severally the amount of $276,215.28, as well as post judgment interest at the rate set by 28 U.S.C. § 1961.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** this the 16th day of March 2021.

> */s/ Katherine P. Nelson*
> **KATHERINE P. NELSON**
> **UNITED STATES MAGISTRATE JUDGE**